Dana STOOPS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60750.

Missouri Court of Appeals, Western District.

Oct. 29, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 2002.

Application for Transfer Denied Jan. 28, 2003.

Rosalynn Koch, Assistant State Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROBERT G. ULRICH, P.J., PAUL M. SPINDEN and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Dana Stoops appeals the judgment of the motion court denying her Rule 24.035 motion for postconviction relief following an evidentiary hearing. For reasons stated in the Memorandum provided to the parties, the judgment is affirmed. Rule 84.16(b).